Matter of Soules (2023 NY Slip Op 04642)

Matter of Soules

2023 NY Slip Op 04642 [40 NY3d 971]

September 19, 2023

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, October 18, 2023

[*1]

In the Matter of Mitchell Q. Soules, Jr., a Justice of the Little Falls Town Court, Herkimer County.

Decided September 19, 2023

APPEARANCES OF COUNSEL

Robert H. Tembeckjian, New York City, for New York State Commission on Judicial Conduct.

{**40 NY3d at 971} OPINION OF THE COURT

On consideration of the continuation of this Court's July 28, 2023 suspension, with pay, of Hon. Mitchell Q. Soules, Jr. from the office of Justice of the Little Falls Town Court, Herkimer County (see 40 NY3d 937 [2023]), it is determined that the suspension continue, with pay, effective immediately, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44.
Concur: Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan. Judge Rivera took no part.